# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
MCGUIRE, KIM LEIGH                  §       Case No. 10-02635
                                    §
              Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-02635 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MCGUIRE, KIM LEIGH | | | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | | | 341(a) Meeting Date: | 03/02/10 |
| For Period Ending: | 11/27/12 | | | Claims Bar Date: | 06/04/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE LOCATION: 2724 NOYES, EVAN | 223,500.00 | 60,976.00 | | 0.00 | 60,976.00 |
| 2. TIME SHARE MARRIOTT NEWPORT COAST VILLAS NEWPORT B | 7,500.00 | 7,500.00 | | 0.00 | 7,500.00 |
| 3. LOCATION: 2724 NOYES, EVANSTON IL | 500.00 | 500.00 | | 0.00 | 500.00 |
| 4. JOINT CHECKING ACCOUNT W/SPOUSE AT CHASE BANK CURR | 8,586.60 | 8,586.60 | | 5,086.00 | 3,500.60 |
| 5. LOCATION: 2724 NOYES, EVANSTON IL HG&F APPRAISED B | 1,077.50 | 1,077.50 | | 0.00 | 1,077.50 |
| 6. LOCATION: 2724 NOYES, EVANSTON IL ORDINARY ASSORTM | 500.00 | 500.00 | | 0.00 | 500.00 |
| 7. RAYMOND WEIL WATCH LOCATION: 2724 NOYES, EVANSTON | 100.00 | 100.00 | | 0.00 | 100.00 |
| 8. GOLF CLUBS LOCATION: 2724 NOYES, EVANSTON IL | 75.00 | 75.00 | | 0.00 | 75.00 |
| 9. TERM LIFE POLICY WITH TRANSAMERICA INSURANCE NO CA | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. TERM LIFE POLICY WITH VALLEY FORGE NO CASH VALUE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11. SEP IRA W/ DAVID NOYES & CO. | 125,352.97 | 125,352.97 | | 0.00 | FA |
| 12. SEP W/MORGAN STANLEY SMITH BARNEY | 76,798.20 | 76,798.20 | | 0.00 | FA |
| 13. 15.73% INTEREST IN NORTHERN REALTY GROUP, LTD. PRO | 113,310.00 | 113,310.00 | | 0.00 | 113,310.00 |
| 14. 17.5% INTEREST IN NORTHERN REALTY EQUITIES, LLC (E | 15,283.00 | 15,283.00 | | 5,159.76 | 10,123.24 |
| 15. 23.5% INTEREST IN NORTHERN JSC HOLDINGS, LLC (CURR | 8,812.50 | 8,812.50 | | 24,902.90 | FA |
| 16. 10% INTEREST IN LAKE CLUB ASSOCIATES, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. 15% INTEREST IN DOVER PARK, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18. 0.42% INTEREST IN LAKE'S EDGE VENTURE, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. 10% INTEREST IN LAKE'S EDGE PARTNERS, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20. 0.57% INTEREST IN GREENWOOD MILL VENTURE, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21. 0.23% INTEREST IN HUNTERS RUN VENTURE, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22. 15% INTEREST IN HUNTERS RUN PARTNERS, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 23. 23.5% INTEREST IN NORTHERN REALTY GROUP, LTD. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 24. 1.44% INTEREST IN HOMEWOOD VENTURE, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 25. 17.5% INTEREST IN HOMEWOOD PARTNERS, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 26. 0.93% INTEREST IN TINLEY PARK VENTURE, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 10-02635 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCGUIRE, KIM LEIGH | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | 341(a) Meeting Date: | 03/02/10 |
| | | Claims Bar Date: | 06/04/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 10% INTEREST IN TINLEY PARK PARTNERS, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 28. 0.44% INTEREST IN WOODLAND MEADOWS VENTURE, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 29. 17.5% INTEREST IN WOODLAND MEADOWS MANAGER, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 30. 8.75% INTEREST IN DEERFIELD DEVELOPMENT COMPANY, L | 0.00 | 0.00 | | 0.00 | 0.00 |
| 31. 8.75% INTEREST IN BEVERLY PLACE, LLC | 0.00 | 0.00 | | 0.00 | 0.00 |
| 32. 22.5% INTEREST IN CBRE COMMISSION POOL, AS OF 1/25 | 61,470.05 | 61,470.05 | | 69,142.44 | 0.00 |
| 33. 22.5% INTEREST IN CBRE COMMISSION POOL, AS OF 1/25 | 93,885.61 | 93,885.61 | | 0.00 | FA |
| 34. KIM L. MCGUIRE REVOCABLE TRUST (CASH AND STOCK) | 6,960.15 | 6,960.15 | | 6,960.15 | 0.00 |
| 35. STATE OF ILLINOIS REAL ESTATE BROKER'S LICENSE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 36. 2006 AUDI A6 LOCATION: 2724 NOYES, EVANSTON IL VAL | 19,700.00 | 19,700.00 | | 16,310.00 | 3,390.00 |
| 37. DEPOSIT WITH IRS FOR ESTIMTED 2009 PERSONAL INCOME | 168,495.00 | 168,495.00 | | 100,399.00 | 68,096.00 |
| 38. DEPOSIT WITH IDR FOR ESTIMATED 2009 PERSONAL INCOM | 20,268.00 | 20,268.00 | | 12,857.50 | 7,410.50 |
| 39. Post-Petition Interest Deposits (u) | Unknown | N/A | | 54.98 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $952,174.58 | $789,650.58 | | $240,872.73 | $276,558.84 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset notice filed
-investigating assets and exemptions, numerous RE interests
-objection filed to exemptions, settlement reached with Debtor pending court approval

Initial Projected Date of Final Report (TFR): 12/31/11   Current Projected Date of Final Report (TFR): 12/31/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-02635 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCGUIRE, KIM LEIGH | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7753  Checking Account |
| Taxpayer ID No: | *******1683 | | |
| For Period Ending: | 11/27/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 232,629.66 | | 232,629.66 |
| 10/18/12 | 010001 | Illinois Department of Revenue | 2011 Taxes<br>EIN-35-6841683 | 2810-000 | | 63.74 | 232,565.92 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 232,629.66 | 63.74 | 232,565.92 |
| Less: Bank Transfers/CD's | 232,629.66 | 0.00 | |
| Subtotal | 0.00 | 63.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 63.74 | |

Page Subtotals    232,629.66    63.74

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02635 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MCGUIRE, KIM LEIGH | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8654 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1683 | | | |
| For Period Ending: | 11/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/10 | 4 | KIM MCGUIRE | LIQ BANK ACCT | 1121-000 | 5,086.00 | | 5,086.00 |
| 04/16/10 | 32 | KIM MCGUIRE | COMMISSIONS (15%) | 1121-000 | 7,537.19 | | 12,623.19 |
| 04/30/10 | 39 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 12,623.38 |
| 05/28/10 | 39 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,623.70 |
| 06/30/10 | 39 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,624.01 |
| 07/30/10 | 39 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,624.33 |
| 08/31/10 | 39 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.32 | | 12,624.65 |
| 09/01/10 | 34 | KIM LEIGH MCGUIRE<br>2724 NOYES<br>EVANSTON, IL 60201 | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 6,960.15 | | 19,584.80 |
| 09/20/10 | 32 | NORTHERN REALTY EQUITIES, LLC | ESCROW REFUND | 1121-000 | 7,000.00 | | 26,584.80 |
| 09/30/10 | 39 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.49 | | 26,585.29 |
| 10/29/10 | 39 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.67 | | 26,585.96 |
| 11/04/10 | 37 | KIM L. MCGUIRE | 2009 FED TAX REFUND | 1121-000 | 100,399.00 | | 126,984.96 |
| 11/04/10 | 38 | KIM L. MCGUIRE | 2009 IL TAX REFUND | 1121-000 | 12,857.50 | | 139,842.46 |
| 11/08/10 | 32, 36 | KIM L. MCGUIRE | SETTLEMENT PMT 1 | 1121-000 | 20,000.00 | | 159,842.46 |
| 11/30/10 | 39 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 4.99 | | 159,847.45 |
| 12/31/10 | 39 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 6.79 | | 159,854.24 |
| 01/03/11 | 32 | KIM L. MCGUIRE | SETTLEMENT PAYMENT #2 | 1121-000 | 20,000.00 | | 179,854.24 |
| 01/21/11 | 14 | NORTHERN REALTY EQUITIES, LLC | DISTRIBUTION TO TRUSTEE | 1121-000 | 5,159.76 | | 185,014.00 |
| 01/31/11 | 39 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 7.54 | | 185,021.54 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>Bond# 016026455 | 2300-000 | | 265.92 | 184,755.62 |
| 02/28/11 | 39 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.42 | | 184,757.04 |
| 03/07/11 | 15 | NORTHERN JSC HOLDINGS, INC. | FINAL DISTRIBUTION TO TRUSTEE | 1121-000 | 24,902.90 | | 209,659.94 |
| 03/31/11 | 39 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 1.72 | | 209,661.66 |

Page Subtotals    209,927.58    265.92

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-02635 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCGUIRE, KIM LEIGH | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8654  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1683 | | | |
| For Period Ending: | 11/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/11 | 32 | KIM L. MCGUIRE | 2010 Pool Portion | 1223-000 | 30,915.25 | | 240,576.91 |
| 04/29/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.92 | | 240,578.83 |
| 05/31/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.05 | | 240,580.88 |
| 06/30/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.98 | | 240,582.86 |
| 07/29/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.04 | | 240,584.90 |
| 08/31/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.05 | | 240,586.95 |
| 09/30/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.98 | | 240,588.93 |
| 10/31/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.04 | | 240,590.97 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 306.50 | 240,284.47 |
| 11/30/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.97 | | 240,286.44 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 296.24 | 239,990.20 |
| 12/30/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.03 | | 239,992.23 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 295.88 | 239,696.35 |
| 01/31/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.04 | | 239,698.39 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 314.36 | 239,384.03 |
| 02/29/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.90 | | 239,385.93 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 284.51 | 239,101.42 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 199.97 | 238,901.45 |
| 03/30/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.02 | | 238,903.47 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 293.98 | 238,609.49 |
| 04/30/12 | 39 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.96 | | 238,611.45 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 303.18 | 238,308.27 |
| 05/18/12 | 000103 | Department of the Treasury Internal Revenue Service Cincinnati, OH 45999-0013 | 2011 Taxes EIN-35-6841683 | 2810-000 | | 3,417.00 | 234,891.27 |
| 05/18/12 | 000104 | Illinois Department of Revenue | 2011 Taxes | 2810-000 | | 1,687.00 | 233,204.27 |

Page Subtotals         30,941.23         7,398.62

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*         Ver: 17.00b
LFORM24

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-02635 -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MCGUIRE, KIM LEIGH | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******8654  Money Market - Interest Bearing |
| Taxpayer ID No: | *******1683 | | | |
| For Period Ending: | 11/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 19009 | EIN-35-6841683 | | | | |
| | | Springfield, IL  62794-9009 | | | | | |
| 05/31/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.01 | | 233,206.28 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 301.72 | 232,904.56 |
| 06/29/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.91 | | 232,906.47 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 276.81 | 232,629.66 |
| 07/23/12 | | Transfer to Acct #*******5486 | Bank Funds Transfer | 9999-000 | | 232,629.66 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 240,872.73 | 240,872.73 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 232,629.66 | |
| Subtotal | 240,872.73 | 8,243.07 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 240,872.73 | 8,243.07 | |

Page Subtotals          3.92          233,208.19

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 10-02635 -ABG | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MCGUIRE, KIM LEIGH | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5486 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1683 | | |
| For Period Ending: | 11/27/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/12 | | Transfer from Acct #*******8654 | Bank Funds Transfer | 9999-000 | 232,629.66 | | 232,629.66 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 232,629.66 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 232,629.66 | 232,629.66 | 0.00 |
| Less: Bank Transfers/CD's | 232,629.66 | 232,629.66 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7753 | 0.00 | 63.74 | 232,565.92 |
| Money Market - Interest Bearing - ********8654 | 240,872.73 | 8,243.07 | 0.00 |
| Checking Account (Non-Interest Earn - ********5486 | 0.00 | 0.00 | 0.00 |
| | 240,872.73 | 8,306.81 | 232,565.92 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   232,629.66   232,629.66

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 27, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-02635  
Debtor Name: MCGUIRE, KIM LEIGH  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $20,026.50 | $0.00 | $20,026.50 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $137.12 | $0.00 | $137.12 |
| 001<br>3410-00 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, IL 60603 | Administrative | | $4,372.70 | $0.00 | $4,372.70 |
| 001<br>3420-00 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, IL 60603 | Administrative | | $41.10 | $0.00 | $41.10 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $265.92 | $265.92 | $0.00 |
| 000001<br>070<br>7100-00 | Bank of America<br>National Association<br>c/o Gina B Krol<br>105 W Madison St Ste 1100<br>Chicago IL 60602 | Unsecured | | $10,587,394.58 | $0.00 | $10,587,394.58 |
| 000002<br>070<br>7100-00 | Bank of America<br>National Association<br>c/o Gina B Krol<br>105 W Madison St Ste 1100<br>Chicago IL 60602 | Unsecured | | $804,951.49 | $0.00 | $804,951.49 |
| 000003<br>070<br>7100-00 | Bank of America<br>National Association<br>c/o Gina B Krol<br>105 W Madison St Ste 1100<br>Chicago IL 60602 | Unsecured | | $3,379,750.62 | $0.00 | $3,379,750.62 |
| 000004<br>070<br>7100-00 | Daley and George, Ltd.<br>c/o Richard Toth (312) 726-8797<br>20 S. Clark St., Suite 400<br>Chicago, IL 60603 | Unsecured | | $7,787.50 | $0.00 | $7,787.50 |
| 000005<br>070<br>7100-00 | Axis Properties, LLC and Kenneth A Fixler<br>Paula K Jacobi Esq<br>Bannis & Thornburg LP<br>1 N Wacker Dr Ste 440 | Unsecured | | $450,000.00 | $0.00 | $450,000.00 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: November 27, 2012 |

Case Number: 10-02635            Claim Class Sequence
Debtor Name: MCGUIRE, KIM LEIGH

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Chicago IL 60606 | | | | | |
| 000006 070 7100-00 | Axis Properties LLC Kenneth A. Fixler, Paula K Jacobi Esq Bannis & Thornburg LLP 1 N Wacker Drive Ste 4400 Chicago IL 60606 | Unsecured | | $450,000.00 | $0.00 | $450,000.00 |
| 000007 070 7100-00 | Hyde Park Trust & Savings Bank c/o Jonathan P. Friedland Leverfeild Pearlstein,LLC 2 N. LaSalle Ste 1300 Chicago,IL 60602 | Unsecured | | $930,000.00 | $0.00 | $930,000.00 |
| 000008 070 7100-00 | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000009 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 001 070 7100-00 | Bank of America, N.A. c/o Gina B. Krol 105 W. Madison Street, Suite 1100 Chicago, IL 60602 | Unsecured | | $19,577,248.21 | $0.00 | $19,577,248.21 |
| | Case Totals: | | | $36,211,975.74 | $265.92 | $36,211,709.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-02635
Case Name: MCGUIRE, KIM LEIGH
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $ _____

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America | $ | $ | $ |
| 000002 | Bank of America | $ | $ | $ |
| 000003 | Bank of America | $ | $ | $ |
| 000006 | Axis Properties LLC Kenneth A. Fixler, | $ | $ | $ |
| 000007 | Hyde Park Trust & Savings Bank | $ | $ | $ |
| 000008 | Internal Revenue Service | $ | $ | $ |
| 000009 | Illinois Department of Revenue | $ | $ | $ |
| 001 | Bank of America, N.A. | $ | $ | $ |

Total to be paid to timely general unsecured creditors           $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

  Remaining Balance                 $_____

  Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE