# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCGUIRE, KIM LEIGH | § | Case No. 10-02635 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKR. CT
> 219 S. DEARBORN STREET
> 7TH FLOOR
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/19/2012 in Courtroom 642,
> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/27/2012            By: /s/ Andrew J. Maxwell
                                           Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MCGUIRE, KIM LEIGH § Case No. 10-02635
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 240,872.73 |
| and approved disbursements of | $ | 8,306.81 |
| leaving a balance on hand of[1] | $ | 232,565.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 15,293.64 | $ 0.00 | $ 15,293.64 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 20,026.50 | $ 0.00 | $ 20,026.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 137.12 | $ 0.00 | $ 137.12 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 4,372.70 | $ 0.00 | $ 4,372.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 41.10 | $ 0.00 | $ 41.10 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 265.92 | $ 265.92 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 39,871.06 |
| Remaining Balance | $ 192,694.86 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,729,344.90 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America | $ 10,587,394.58 | $ 0.00 | $ 57,099.75 |
| 000002 | Bank of America | $ 804,951.49 | $ 0.00 | $ 4,341.25 |
| 000003 | Bank of America | $ 3,379,750.62 | $ 0.00 | $ 18,227.61 |
| 000006 | Axis Properties LLC Kenneth A. Fixler, | $ 450,000.00 | $ 0.00 | $ 2,426.93 |
| 000007 | Hyde Park Trust & Savings Bank | $ 930,000.00 | $ 0.00 | $ 5,015.66 |
| 000008 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Illinois Department of Revenue | $ 0.00 | $ 0.00 | $ 0.00 |
| 001 | Bank of America, N.A. | $ 19,577,248.21 | $ 0.00 | $ 105,583.66 |

Total to be paid to timely general unsecured creditors $ 192,694.86

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                 Case No. 10-02635-ABG
Kim Leigh McGuire                                                      Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: csimmons               Page 1 of 5                  Date Rcvd: Nov 29, 2012
                              Form ID: pdf006              Total Noticed: 160


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2012.
db            +Kim Leigh McGuire,    2724 Noyes,    Evanston, IL 60201-2072
15000929      +ADCO Management,    c/o Paul Sheridan,    190 S. LaSalle Street, Suite 1700,
               Chicago, IL 60603-3496
15000930      +Alvin Doppelt,    c/o Paul Sheridan,    190 S. LaSalle Street, Suite 1700,   Chicago, IL 60603-3496
15000931      +Alvin Doppelt,    2296 Rand Rd.,    Palatine, IL 60074-1161
15650049      +Axis Properties LLC Kenneth A. Fixler,,    Paula K Jacobi Esq,   Bannis & Thornburg LLP,
               1 N Wacker Drive Ste 4400,    Chicago IL 60606-2841
15000932      +Axis Properties, LLC and Kenneth A Fixler,    Paula K Jacobi Esq,   Bannis & Thornburg LP,
               1 N Wacker Dr Ste 440,    Chicago IL 60606-2818
15000943      +BRK Associates, LLC,    512 N. McClurg,    Chicago, IL 60611-5359
15000933      +Baldwin Properties,    70 W. Hubbard,    Chicago, IL 60654-5675
15000935      +Bank of America,    100 North Tryon St.,    Charlotte, NC 28255-0001
15000934      +Bank of America,    National Association,    c/o Gina B Krol,   105 W Madison St Ste 1100,
               Chicago IL 60602-4600
15000937       Barnes & Thornburg LLP,    Alan K. Mills,    11 S. Meridian St,   Indianapolis, IN 46204-3535
15000936      +Barnes & Thornburg LLP,    Lisa D. Updike,    600 One Summit Square,   Fort Wayne, IN 46802-3146
15000939      +Best Western International, Inc,    6201 N. 24 Parkway,    Phoenix, AZ 85016-2023
15000940      +Beverly Place, LLC,    c/o Ben Rapal, Receiver,    3440 S. Dearborn St.,   Chicago, IL 60616-5074
15000941      +Bovis Lend Lease,    1 N. Wacker,    Suite 800,   Chicago, IL 60606-2820
15000942      +Brett Berhoff,    65 E. Scott St.,    Apt. 16H,   Chicago, IL 60610-5280
15000944      +Brock Jordan,    Rubin & Levin, P.C.,    342 Massachusetts Avenue,   Indianapolis, IN 46204-2161
15000949      +CBL Interests Limited Partnership,    501 Silverside Rd.,   Suite 87 A-1,
               Wilmington, DE 19809-1374
15000948      +Carlson Companies,    701 Carlson Parkway,    Hopkins, MN 55305-5240
15000950      +Cendant Hotels,    22 Sylvan Way,    Parsippany, NJ 07054-3801
15000951      +Chevron TCI, Inc.,    345 California Street,    30th Floor,   San Francisco, CA 94104-2638
15000953      +Choice Hotels International, Inc.,    10750 Columbia Pike,   Silver Spring, MD 20901-4491
15000954      +Chuhak & Tecson, P.C.,    Attn: Donald J. Russ,    30 S. Wacker Dr., Suite 2500,
               Chicago, IL 60606-7512
15000957      +City View America Fund,    10877 Wilshire Boulevard,    Suite 1200,   Los Angeles, CA 90024-4332
15000955      +City of Chicago,    Attn: Patricia Carrier, Dept of Law,   121 N. LaSalle St., Room 600,
               Chicago, IL 60602-1244
15000956      +City of Chicago,    Attn: Commissioner Dept of Planning,   121 N. LaSalle St., Room 1000,
               Chicago, IL 60602-1209
15000958       Column Financial, Inc.,    11 Madison Avenue,    5th Floor,   New York, NY 10010-3629
15000959      +Credit Suisse First Boston Mtg Capi,    Legal and Compliance Dept,   One Madison Ave.,
               New York, NY 10010-3603
15000967      +DLP Piper Rudnick Gray Cary US LLP,    Attn: Robert Goldman,   203 N. LaSalle St,
               Chicago, IL 60601-1225
15000960      +Daley & George,    20 S. Clark,    Suite 400,   Chicago, IL 60603-1835
15646928      +Daley and George, Ltd.,    c/o Richard Toth (312) 726-8797,   20 S. Clark St., Suite 400,
               Chicago, IL 60603-1835
15000961      +Dan Musinski,    Attn:James M. Cameron, Jr.,    2723 South State Street # 400,
               Ann Arbor, MI 48104-6188
15000962      +David Malkin, Esq.,    950 3rd Ave,    32nd Floor,   New York, NY 10022-2769
15000963      +David Unger,    c/o Midwesco, Inc.,    7720 Leigh Ave.,   Niles, IL 60714-3416
15000964      +Debra Conrardy Mtichell,    428 N. Clinton St.,    Chicago, IL 60654-8801
15000965       Deerfield Development Company LLC,    c/o Mesirow-Stein Real Estate Inc.,   351N. Clark Street,
               Chicago, IL 60654
15000968      +Donohue Brown Mathewson,    140 S. Dearborn St.,    #700,   Chicago, IL 60603-5225
15000969      +Dykema Gossett PLLC,    2723 S. State Street,    Suite 400,   Ann Arbor, MI 48104-6188
15000970      +Dykema Gosssett PLLC,    135 S. LaSalle, # 1225,    Chicago, IL 60603-4177
15000972      +ECS LLC,    1575 Barclay Blvd.,    Buffalo Grove, IL 60089-4518
15000971      +Earl Liff,    400 E. Ohio,    Apt. 2001,   Chicago, IL 60611-3325
15000973      +Edon Construction Co., Inc.,    Attn: Richard Jones, Jr.,   77 W. Washington, # 2100,
               Chicago, IL 60602-2903
15000974      +Eric A. Nerderlander,    c/o Lou Raizin,    17 N. State St., Suite 810,   Chicago, IL 60602-3047
15000975      +Erick M. Berlinger Trust,    974 Skokie Ridge,    Glencoe, IL 60022-1468
15000927      +Fifty Five Heritage LLC,    c/o Wildman Harold,    225 W. Wacker, #3000,   Chicago, IL 60606-3007
15000976      +First CTD, LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15000978      +Fixler Realty Investments, LLC,    PO Box 25,    Highland Park, IL 60035-0025
15000979      +Gary Kaplan,    36001 Euclid Ave. C-10,    Willoughby, OH 44094-4643
15000980      +Gina Krol,    Cohen & Krol,    105 W. Madison, Suite 1100,   Chicago, IL 60602-4600
15000981      +Gloria C. Gray,    1520 Park Dr.,    Munster, IN 46321-2625
15000982      +Greenwood Mill Venture, LLC,    c/o Dave Flaherty,    8900 Keystone Crossing, Suite 1200,
               Indianapolis, IN 46240-2136
15000983      +H&H Heating & Cooling, Inc.,    245 Jackson Industrial Dr.,   Suite A,   Ann Arbor, MI 48103-9101
15000994      +HRR Investments LP,    875 N. Michigan,    Suite 2505,   Chicago, IL 60611-1876
15000984       Haag Van Buren L. P.,    The Monroe Group,    7272 S. Alton Way,   Centennial, CO 80112
15000985      +Hauck Properties, Ltd.,    c/o John Shore,    900A Adams Crossing,   Cincinnati, OH 45202-1666
15000987      +Henry Mautner,    c/o Midwesco, Inc.,    7720 Leigh Ave.,   Niles, IL 60714-3416
15000988      +Henry Shatkin,    c/o Shatkin, Arbor, Karlov & Co.,   141 W. Jackson,   Chicago, IL 60604-3123
15000989      +Hilton Hospitality, Inc.,    7930 Jones Branch Dr.,    Mc Lean, VA 22102-3388
```

```
District/off: 0752-1          User: csimmons              Page 2 of 5                   Date Rcvd: Nov 29, 2012
                              Form ID: pdf006             Total Noticed: 160


15000990     +Hilton Hotels Corporation,    7930 Jones Branch Dr.,    Mc Lean, VA 22102-3388
15000991     +Historic Properties,    233 E. Wacker Dr.,    Suite 410,    Chicago, IL 60601-5125
15000992     +Homewood Partners, LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan Ste 400,
               Chicago, IL 60602-4828
15000993      Howard Gilbert,    Wildman Harrold, 225 W. Wacker Dr.,     Suite 2800,    Chicago, IL 60606
15000995     +Humecki Studios,    428 Division St.,    Crete, IL 60417-2957
15000996     +Hyatt Hotels,    71 S. Wacker Dr.,    16th Floor,    Chicago, IL 60606-4637
15850847      Illinois Department of Revenue,     Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15000999     +Intercontinental Hotels Group,     3 Ravinia Dr.,    Suite 100,    Atlanta, GA 30346-2121
15001001     +Irving Leviton,    c/o Rootberg Business Services,     1 S. Wacker, Suite 1800,
               Chicago, IL 60606-4630
15001009     +JP Morgan Chase Bank,    Home Equity & Consumer Lending,     1111 Polaris Parkway,
               Columbus, OH 43240-2031
15001002     +James E. Carlberg,    Bose McKinney & Evans,    111 Monument Circle,    Indianapolis, IN 46204-2426
15001003     +James L. Nederlander,    1450 Broadway,    6th Floor,    New York, NY 10018-2260
15001004     +Jeff Gray,    Wildman Harrold Allen Dixon,    225 W. Wacker Dr.,    Chicago, IL 60606-1349
15001005     +Jenkins & Huntington, Inc.,     737 Stone Ave.,    LaGrange, IL 60525-2725
15001006     +Jenner & Block LLP,    Attn: Donald I. Resnick, Esq.,     One IBM Plaza,    Chicago, IL 60611-7768
15001007     +John Musso,    c/o Shatkin, Arbor, Karlov & Co.,     141 W. Jackson,    Chicago, IL 60604-3123
15001008     +Joseph Mann & Creed,    Attn: Michael R. Mulcahy,     222 N. LaSalle #2600,
               Chicago, IL 60601-1104
15001010     +Kaiser Investments, LLC,     70 E. Lake,    Suite 1600,    Chicago, IL 60601-7446
15001011     +Kandyla, LLC,    c/o Drake James Leoris, Jr.,     622 Laurel,    Highland Park, IL 60035-3502
15001012     +Kaplan Investments, Ltd.,     36001 Euclid Ave. C-10,     Willoughby, OH 44094-4643
15001013     +Kaplan Investments, Ltd.,     160 Valencia Circle,    Orange, OH 44022-1562
15001014      Ken Fixler,    Axis Properties,    450 Dundee Road, Suite 604,    Northbrook, IL 60062
15001030     +LR Hotel, L.L.C.,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15001019     +LaQuinta Hotels,    LQ Management LLC,    909 Hidden Ridge Suite 600,    Irving, TX 75038-3822
15001017     +Lake's Edge Venture, LLC,    c/o Herman & Kittles, Receiver,     500 E. 96th St.,
               Indianapolis, IN 46240-3765
15001018      Landmarks Preservation Cncl of IL,     53 W Jackson Blvd,    Suite 752,    Chicago, IL 60604-3466
15001020     +Laurence Amusement LLC,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15001021     +Leaf Mountain Company, Inc.,     190 S. LaSalle Street,    Suite 1700,    Chicago, IL 60603-3496
15001022     +Lee B. Stern,    c/o Lee B. Stern Co.,    141 W. Jackson,    Chicago, IL 60604-2992
15001024     +Levine Construction,    740 Waukegan Road,    Suite 400,    Deerfield, IL 60015-5503
15001025     +Lieberman -Dixon, LLC,    c/o First Hospitality Group, Inc.,     9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15001026     +Lloyd Berhoff,    2300 Sheridan Rd.,    Highland Park, IL 60035-2009
15001027     +Loren Newman,    1188 Oakridge Dr.,    Glencoe, IL 60022-1135
15001028     +Louik Schneider,    54 W. Hubbard,    Suite 100,    Chicago, IL 60654-5614
15001029     +Louis Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15001031     +Ludwig & Company,    4081 Ryan Road,    Gurnee, IL 60031-1267
15001032     +M-Z Trust #1-6,    c/o Paul Sheridan,    190 S. LaSalle Street, Suite 1700,
               Chicago, IL 60603-3496
15001033     +M.P. Hotel,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15001034     +Maddin Hauser Wartell Roth & Heller,     28400 Northwestern Highway,    3rd Floor,
               Southfield, MI 48034-8348
15001037     +Marriott Hotels,    10400 Fernwood Rd,    Bethesda, MD 20817-1102
15001039     +Michael Shields,    1100 Oak Hill,    Downers Grove, IL 60515-1248
15001040     +Michael Tobin,    457 Ashland Pl.,    Highland Park, IL 60035-5025
15001041     +Midland Loan Services,    13355 Noel Road,    Suite 1770,    Dallas, TX 75240-6829
15001042     +Midwest Environment Consulting,     513 Countryside Center,    Yorkville, IL 60560-1063
15001043      Miller, Cooper & Co., Ltd.,    1751 Lake Cook Road,    Suite 400,    Northbrook, IL 60062
15001044     +Monroe Hotel, LLC c/o Lou Raizin,     Nederlander Theatre Mgmt LLC,    17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15001045     +Monroe Presentations L.L.C.,     Att: Louis F. Raizin,    17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15001046     +Morgan Stanley,    Attn: Rene Kapalka,    20600 Chagrin Blvd., #550,    Chicago, OH 44122-5340
15001048     +Morgan Stanley Capital Holdings LLC,     Attn: Stephen Holmes,
               1221 Avenue of the Americas 27th FL,     New York, NY 10020-1001
15001047     +Morgan Stanley Capital Holdings LLC,     Attn: Daniel Perlman,    191 N. Wacker Dr., 30th Floor,
               Chicago, IL 60606-1914
15001049     +Nayyar & Nayyar Int'l., Inc.,     220 S. State St.,    Suite 1400,    Chicago, IL 60604-2197
15001050     +Nederlander Co. LLC,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
15001051     +Nederlander Theatre Management LLC,     c/o Lou Raizin,    17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15001052     +Northern JSC Holdings LLC,    c/o Bruce Kaplan,    311 S. Wacker Dr. #400,    Chicago, IL 60606-6619
15001053     +Northern Majestic Hotel LLC,     c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15001054     +Northern Monroe Hotel Manager, LLC,     c/o First Hospitality Group, Inc.,
               9700 West Higgins Road, Suite 810,     Rosemont, IL 60018-4736
15001055     +Northern Realty Holdings, Inc.,     c/o US Equities,    20 N. Michigan, Suite 400,
               Chicago, IL 60602-4828
15001056     +Northern Shubert Hotel Assoc LLC,     c/o First Hospitality Group, Inc.,
               9700 West Higgins Road, Suite 810,     Rosemont, IL 60018-4736
15001057     +Orix Real Estate Cap Markets LLC,     1717 Main Street,    12th Floor,    Dallas, TX 75201-4612
15001058     +Paul S. Doppelt,    2087 Magnolia Lane,    Highland Park, IL 60035-4214
15001059      Philip Haag,    The Monroe Group,    7272 S. Alton Way,    Centennial, CO 80112
15001061     +Plein Family Partnership,    3285 Monitor Lane,    Long Grove, IL 60047-5022
15001062     +Promus Hotels, Inc.,    755 Crossover Ln.,    Memphis, TN 38117-4900
```

```
District/off: 0752-1          User: csimmons              Page 3 of 5                   Date Rcvd: Nov 29, 2012
                              Form ID: pdf006             Total Noticed: 160


15001063     +R. Wayne Nederlander,   c/o Lou Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
15001065     +RGL Construction,    4081 Ryan Road,   Gurnee, IL 60031-1267
15001064     +Resident Utility Billing Systems LL,   % Michael Tobin,   20 N. Michigan, Suite 400,
               Chicago, IL 60602-4828
15001066     +Richard C. Jones, Jr.,   Attn: James W. McConkey,   10 S. Wacker, # 2300,
               Chicago, IL 60606-7509
15001067     +Richard Sundquist,   Clark Hill PLC,   500 Woodward Avenue, Suite 3500,   Detroit, MI 48226-3435
15001068     +Robert Doppelt,   Qsst Trust,   2296 Rand Rd.,   Palatine, IL 60074-1161
15001069      Robert L. Sabin,   1751 Lake Cook Road, Suite 400,   Deerfield, Il 60015-5286
15001070     +Robert Nederlander, Jr.,   c/o Lou Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
15001071     +Robert Nederlander, Sr.,   c/o Lou Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
15001072     +Robert Wilneff Revocable Trust,   c/o Rootberg Business Services,   1 S. Wacker,
               Chicago, IL 60606-5891
15001073     +Ron Gertzman,   205 W. Randolph,   Suite 401,   Chicago, IL 60606-1834
15001074     +Ross Economy,   c/o Drake James Leoris, Jr.,   622 Laurel,   Highland Park, IL 60035-3502
15001075     +Rudolph Lederer,   3848 N.W. Vardon Place,   Portland, OR 97229-0918
15001080      SMS, LLC,   c/o Tom Schaffer,   BW Phillips, 17450 Halsted,   Chicago, IL
15001076     +Scott E. Nederlander,   c/o Lou Raizin,   17 N. State St., Suite 810,   Chicago, IL 60602-3047
15001077      Scott Rogers,   45 W. Polk #567,   Chicago, IL 60605
15001078     +Shubert Hotel Associates LLC,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15000928     +Six One Three Trust,   c/o Gershon Bassman,   6039 N. Bernard,   Chicago, IL 60659-3415
15001081    #+Starwood Hotels,   1111 Westchester Ave.,   West Harrison, NY 10604-3500
15001083     +The Private Bank,   Jones & Jacobs,   77 W. Washington, # 2100,   Chicago, IL 60602-2903
15001084      The Sherwin Williams Company,   101 Prospect Ave. N.W.,   Cleveland, OH 44115-1075
15001085     +Thomas Schaffer,   BW Phillips,   17450 Halsted,   Homewood, IL 60430-4560
15001086     +Tinley Park Office Center LLC,   c/o Michael Tobin,   US Equities, 20 N. Michigan, # 400,
               Chicago, IL 60602-4828
15001087     +Tinley Park Office Partners, LLC,   c/o Michael Tobin,   US Equities, 20 N. Michigan, # 400,
               Chicago, IL 60602-4828
15000926     +Twenty Two West Monroe Theater, LLC,   c/o Nederlander Theatre Mgmt LLC,
               17 N. State St., Suite 810,   Chicago, IL 60602-3047
15001088     +Valencia Real Estate LLC,   c/o Gary Kaplan,   36001 Euclid Ave. C-10,
               Willoughby, OH 44094-4643
15001089     +Vedder Price Kaufmann & Kammholz PC,   222 N. LaSalle Street, Suite 2500,
               Chicago, IL 60601-1104
15001090     +Vedder Price. P.C.,   Attn: Brian K. Doyle,   203 N. LaSalle, # 1900,   Chicago, IL 60601-1263
15001091     +Wells Fargo Bank,   Successor by Merger,   11000 Broken Land Parkway,   Columbia, MD 21044-3541
15001092     +Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
15001093     +Wildman Harrold Allen & Dixon LLP,   225 W. Wacker,   Suite 3000,   Chicago, IL 60606-3007
15001094     +Windy City Broadway, LLC,   Broadway In Chicago Attn Lou Raizin,   17 N. State St., Suite 810,
               Chicago, IL 60602-3047
15001095      Woodland Meadows Venture LLC,   c/o Marquette Property Management,   175 Highpoint Dr.,
               Romeoville, IL 60446-3802
15001097     +Woodland Park Associates,   c/o Bob Symanski, Receiver,   PO Box 60670,   Chicago, IL 60660-0670
15001098     +Wyndham Hotels,   1950 Stemmons Freeway # 6001,   Dallas, TX 75207-3132
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15001000      E-mail/Text: cio.bncmail@irs.gov Nov 30 2012 02:31:54     Department of the Treasury,
               Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
15000997     +E-mail/Text: jfriedland@lplegal.com Nov 30 2012 04:29:52     Hyde Park Trust & Savings Bank,
               c/o Jonathan P. Friedland,   Leverfeild Pearlstein,LLC,   2 N. LaSalle Ste 1300,
               Chicago,IL 60602-3709
15000998      E-mail/Text: cio.bncmail@irs.gov Nov 30 2012 02:31:54     Dept of the Treasury,
               Internal Revenue Services,   P O Box 21126,   Philadelphia PA 19114
15001023     +E-mail/Text: jfriedland@lplegal.com Nov 30 2012 04:29:52     Levenfeld Pearlstein, LLC,
               Attn: Steven Bright,   2 N. Lasalle, Suite 1300,   Chicago, IL 60602-3709
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15001035      Margaret McAtamney
15001096      Woodland Meadows Venture, LLC
15000938    ##+Barry Berhoff,   2023 SW Mayflower Dr.,   Palm City, FL 34990-7537
15000946    ##+Bruce Kaplan,   512 N. Clurg Court,   Unit 901,   Chicago, IL 60611-4146
15000945    ##+Bruce Kaplan,   512 N. McClurg Ct.,   Unit 901,   Chicago, IL 60611-4146
15000947    ##+Building Systems Engineering, LLC,   1755 Park Street,   Suite 150,   Naperville, IL 60563-4862
15000952     ##Chicago CartoGraphics,   228 S. Wabash #401,   Chicago, IL 60604-2306
15000966    ##+DeHaan & Bach,   Attn: Michael B. Bach,   11256 Cornell Park Dr., Suite 500,
               Cincinnati, OH 45242-1832
15000977    ##+First Hospitality Group, Inc.,   Attn: Stephen Schwartz,   9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15000986    ##+Heather Berhoff,   1025 N. Kingbury St.,   Apt. 306,   Chicago, IL 60610-3772
15001015    ##+Ken Lieberman,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15001016    ##+Koenigsberg Engineering, P.C.,   1550 N. Lakeshore Dr.,   Suite 17B,   Chicago, IL 60610-1659
15001036    ##+Marney Dixon,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15001038    ##+Mel Lieberman,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
```

```
District/off: 0752-1            User: csimmons              Page 4 of 5               Date Rcvd: Nov 29, 2012
                                Form ID: pdf006             Total Noticed: 160

            ***** BYPASSED RECIPIENTS (continued) *****
15001060     ##+Phyllis Lieberman,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15001079     ##+SLS Westcoast Trust,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
15001082     ##+Stephen Schwartz,   c/o First Hospitality Group, Inc.,     9700 Higgins Road, Suite 810,
               Rosemont, IL 60018-4736
                                                                                          TOTALS: 2, * 0, ## 15
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2012**                         **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: csimmons              Page 5 of 5                  Date Rcvd: Nov 29, 2012
                              Form ID: pdf006             Total Noticed: 160
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2012 at the address(es) listed below:

         Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com,
          trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwe
          llandpotts.com;maseay@maxwellandpotts.com
         Andrew J Maxwell    maxwelllawchicago@yahoo.com,
          amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
         Gary I Blackman    on behalf of Creditor  Hyde Park Bank gblackman@lplegal.com,
          slevandowski@lplegal.com;druiz@lplegal.com
         Jaclyn H. Smith    on behalf of Trustee Andrew Maxwell smith.jaclyn.h@gmail.com,
          preferences_ml@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
          naelipas@maxwellandpotts.com
         Jonathan P Friedland    on behalf of Creditor  Hyde Park Bank jfriedland@lplegal.com,
          jsarantopoulos@lplegal.com
         Nicole A Elipas    on behalf of Trustee Andrew Maxwell naelipas@maxwellandpotts.com,
          maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwell
          andpotts.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard M. Fogel    on behalf of Debtor Kim McGuire rfogel@shawfishman.com
         Steven B Towbin    on behalf of Debtor Kim McGuire stowbin@shawfishman.com
         Vikram R Barad    on behalf of Trustee Andrew Maxwell vbarad@maxwellandpotts.com,
          maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
          jhsmith@maxwellandpotts.com
         Yan  Teytelman    on behalf of Creditor  Bank of America National Association yan@ytlawfirm.com,
          law_4321@yahoo.com
                                                                                                             TOTAL: 11