# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCGUIRE, KIM LEIGH | § | Case No. 10-02635 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____        By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (5/1/2011) *(Page: 2)*

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank Home Equity & Consumer Lending 1111 Polaris Parkway Columbus, OH 43240 | | | | | |
| | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section L-425 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 22 West Monroe Theater, LLC c/o Nederlander Theatre Mgmt LLC 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | 55 Heritage LLC c/o Wildman Harold 225 W. Wacker, #3000 Chicago, IL 60606 | | | | | |
| | 613 Trust c/o Gershon Bassman 6039 N. Bernard Chicago, IL 60659 | | | | | |
| | ADCO Management c/o Paul Sheridan 190 S. LaSalle Street, Suite 1700 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alvin Doppelt 2296 Rand Rd. Palatine, IL 60074 | | | | | |
| | Alvin Doppelt c/o Paul Sheridan 190 S. LaSalle Street, Suite 1700 Chicago, IL 60603 | | | | | |
| | Axis Properties, LLC 450 Skokie Blvd. Suite 604 Northbrook, IL 60062 | | | | | |
| | BRK Associates, LLC 512 N. McClurg Chicago, IL 60610 | | | | | |
| | Baldwin Properties 70 W. Hubbard Chicago, IL 60610 | | | | | |
| | Bank of America Successor to LaSalle National Bank 231 S. LaSalle Chicago, IL 60604 | | | | | |
| | Barnes & Thornburg LLP Alan K. Mills 11 S. Meridian St Indianapolis, IN 46204-3535 | | | | | |
| | Barnes & Thornburg LLP Lisa D. Updike 600 One Summit Square Fort Wayne, IN 46802 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barry Berhoff 2023 SW Mayflower Dr. Palm City, FL 34990 | | | | | |
| | Best Western International, Inc 6201 N. 24 Parkway Phoenix, AZ 85016 | | | | | |
| | Beverly Place, LLC c/o Ben Rapal, Receiver 3440 S. Dearborn St. Chicago, IL 60616 | | | | | |
| | Bovis Lend Lease 1 N. Wacker Suite 800 Chicago, IL 60606 | | | | | |
| | Brett Berhoff 65 E. Scott St. Apt. 16H Chicago, IL 60610 | | | | | |
| | Brock Jordan Rubin & Levin, P.C. 342 Massachusetts Avenue Indianapolis, IN 46204 | | | | | |
| | Bruce Kaplan 512 N. McClurg Ct. Unit 901 Chicago, IL 60611 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Building Systems Engineering, LLC 1755 Park Street Suite 150 Naperville, IL 60563 | | | | | |
| | CBL Interests Limited Partnership 501 Silverside Rd. Suite 87 A-1 Wilmington, DE 19809 | | | | | |
| | Carlson Companies 701 Carlson Parkway Hopkins, MN 55305 | | | | | |
| | Cendant Hotels 22 Sylvan Way Parsippany, NJ 07054 | | | | | |
| | Chevron TCI, Inc. 345 California Street 30th Floor San Francisco, CA 94104 | | | | | |
| | Chicago CartoGraphics 228 S. Wabash #401 Chicago, IL 60604-2306 | | | | | |
| | Choice Hotels International, Inc. 10750 Columbia Pike Silver Spring, MD 20901 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chuhak & Tecson, P.C. Attn: Donald J. Russ 30 S. Wacker Dr., Suite 2500 Chicago, IL 60606 | | | | | |
| | City View America Fund 10877 Wilshire Boulevard Suite 1200 Los Angeles, CA 90024 | | | | | |
| | City of Chicago Attn: Commissioner Dept of Planning 121 N. LaSalle St., Room 1000 Chicago, IL 60602 | | | | | |
| | City of Chicago Attn: Patricia Carrier, Dept of Law 121 N. LaSalle St., Room 600 Chicago, IL 60602 | | | | | |
| | Column Financial, Inc. 11 Madison Avenue 5th Floor New York, NY 10010-3629 | | | | | |
| | Credit Suisse First Boston Mtg Capi Legal and Compliance Dept One Madison Ave. New York, NY 10010 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DLA Piper LLP (US) Attn: Robert Goldman 203 N. LaSalle St Chicago, IL 60601 | | | | | |
| | Dan Musinski Attn:James M. Camerson, Jr. 2723 South State Street # 400 Ann Arbor, MI 48104 | | | | | |
| | David Malkin, Esq. 950 3rd Ave 32nd Floor New York, NY 10022-0270 | | | | | |
| | David Unger c/o Midwesco, Inc. 7720 Leigh Ave. Niles, IL 60714 | | | | | |
| | DeHaan & Bach Attn: Michael B. Bach 11256 Cornell Park Dr., Suite 500 Cincinnati, OH 45242 | | | | | |
| | Debra Conrardy Mtichell 428 N. Clinton St. Chicago, IL 60610 | | | | | |
| | Deerfield Development Company LLC c/o Mesirow-Stein Real Estate Inc. 351N. Clark Street Chicago, IL 60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dykema Gosssett PLLC 135 S. LaSalle, # 1225 Chicago, IL 60603 | | | | | |
| | ECS LLC 1575 Barclay Blvd. Buffalo Grove, IL 60089 | | | | | |
| | Earl Liff 400 E. Ohio Apt. 2001 Chicago, IL 60611 | | | | | |
| | Edon Construction Co., Inc. Attn: Richard Jones, Jr. 77 W. Washington, # 2100 Chicago, IL 60602 | | | | | |
| | Eric A. Nerderlander c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Erick M. Berlinger Trust 974 Skokie Ridge Glencoe, IL 60022 | | | | | |
| | First CTD, LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Hospitality Group, Inc. Attn: Stephen Schwartz 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Fixler Realty Investments, LLC PO Box 25 Highland Park, IL 60035 | | | | | |
| | Gary Kaplan 36001 Euclid Ave. C-10 Willoughby, OH 44094 | | | | | |
| | Gloria C. Gray 1520 Park Dr. Munster, IN 46321 | | | | | |
| | Greenwood Mill Venture, LLC c/o Dave Flaherty 8900 Keystone Crossing, Suite 1200 Indianapolis, IN 46240 | | | | | |
| | H&H Heating & Cooling, Inc. 245 Jackson Industrial Dr. Suite A Ann Arbor, MI 48103 | | | | | |
| | HRR Investments LP 875 N. Michigan Suite 2505 Chicago, IL 60611 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Haag Van Buren L. P. The Monroe Group 7272 S. Alton Way Centennial, CO 80112 | | | | | |
| | Hauck Properties, Ltd. c/o John Shore 900A Adams Crossing Cincinnati, OH 45202 | | | | | |
| | Heather Berhoff 1025 N. Kingbury St. Apt. 306 Chicago, IL 60610 | | | | | |
| | Henry Mautner c/o Midwesco, Inc. 7720 Leigh Ave. Niles, IL 60714 | | | | | |
| | Henry Shatkin c/o Shatkin, Arbor, Karlov & Co. 141 W. Jackson Chicago, IL 60604 | | | | | |
| | Hilton Hospitality, Inc. 7930 Jones Branch Dr. Mc Lean, VA 22102 | | | | | |
| | Hilton Hotels Corporation 7930 Jones Branch Dr. Mc Lean, VA 22102 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Historic Properties 233 E. Wacker Dr. Suite 410 Chicago, IL 60601 | | | | | |
| | Homewood Partners, LLC c/o Michael Tobin US Equities, 20 N. Michigan Ste 400 Chicago, IL 60602 | | | | | |
| | Howard Gilbert Wildman Harrold, 225 W. Wacker Dr. Suite 2800 Chicago, IL 60606 | | | | | |
| | Humecki Studios 428 Division St. Crete, IL 60417 | | | | | |
| | Hyatt Hotels 71 S. Wacker Dr. 16th Floor Chicago, IL 60606 | | | | | |
| | Intercontinental Hotels Group 3 Ravinia Dr. Suite 100 Atlanta, GA 30346-2149 | | | | | |
| | Irving Leviton c/o Rootberg Business Services 1 S. Wacker, Suite 1800 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James E. Carlberg Bose McKinney & Evans 111 Monument Circle Indianapolis, IN 46204 | | | | | |
| | James L. Nederlander 1450 Broadway 6th Floor New York, NY 10018 | | | | | |
| | Jeff Gray Wildman Harrold Allen Dixon 225 W. Wacker Dr. Chicago, IL 60606 | | | | | |
| | Jenkins & Huntington, Inc. 737 Stone Ave. LaGrange, IL 60525 | | | | | |
| | Jenner & Block LLP Attn: Donald I. Resnick, Esq. One IBM Plaza Chicago, IL 60611 | | | | | |
| | John Musso c/o Shatkin, Arbor, Karlov & Co. 141 W. Jackson Chicago, IL 60604 | | | | | |
| | Joseph Mann & Creed Attn: Michael R. Mulcahy 222 N. LaSalle #2600 Chicago, IL 60601 | | | | | |

Case 10-02635   Doc 85   Filed 06/10/13   Entered 06/10/13 10:55:51   Desc Main
Document      Page 18 of 40


| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kaiser Investments, LLC 70 E. Lake Suite 1600 Chicago, IL 60601 | | | | | |
| | Kandyla, LLC c/o Drake James Leoris, Jr. 622 Laurel Highland Park, IL 60035 | | | | | |
| | Kaplan Investments, Ltd. 160 Valencia Circle Orange, OH 44022 | | | | | |
| | Kaplan Investments, Ltd. 36001 Euclid Ave. C-10 Willoughby, OH 44094 | | | | | |
| | Ken Fixler Axis Properties 450 Dundee Road, Suite 604 Northbrook, IL 60062 | | | | | |
| | Ken Lieberman c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Koenigsberg Engineering, P.C. 1550 N. Lakeshore Dr. Suite 17B Chicago, IL 60610 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LR Hotel, L.L.C. c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | LaQuinta Hotels LQ Management LLC 909 Hidden Ridge Suite 600 Irving, TX 75038 | | | | | |
| | Lake's Edge Venture, LLC c/o Herman & Kittles, Receiver 500 E. 96th St. Indianapolis, IN 46240 | | | | | |
| | Landmarks Preservation Cncl of IL 53 W Jackson Blvd Suite 752 Chicago, IL 60604 | | | | | |
| | Laurence Amusement LLC c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Leaf Mountain Company, Inc. 190 S. LaSalle Street Suite 1700 Chicago, IL 60603 | | | | | |
| | Lee B. Stern c/o Lee B. Stern Co. 141 W. Jackson Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Levine Construction 740 Waukegan Road Suite 400 Deerfield, IL 60015 | | | | | |
| | Lieberman -Dixon, LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Lloyd Berhoff 2300 Sheridan Rd. Highland Park, IL 60035 | | | | | |
| | Loren Newman 1188 Oakridge Dr. Glencoe, IL 60022 | | | | | |
| | Louik Schneider 54 W. Hubbard Suite 100 Chicago, IL 60654 | | | | | |
| | Louis Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Ludwig & Company 4081 Ryan Road Gurnee, IL 60031 | | | | | |
| | M-Z Trust #1-6 c/o Paul Sheridan 190 S. LaSalle Street, Suite 1700 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M.P. Hotel c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Maddin Hauser Wartell Roth & Heller 28400 Northwestern Highway 3rd Floor Southfield, MI 48034 | | | | | |
| | Marney Dixon c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Marriott Hotels 10400 Fernwood Rd Bethesda, MD 20817 | | | | | |
| | Mel Lieberman c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Michael Shields 1100 Oak Hill Downers Grove, IL 60515 | | | | | |
| | Michael Tobin 457 Ashland Pl. Highland Park, IL 60035 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Loan Services 13355 Noel Road Suite 1770 Dallas, TX 75240 | | | | | |
| | Midwest Environment Consulting 513 Countryside Center Yorkville, IL 60560 | | | | | |
| | Miller, Cooper & Co., Ltd. 1751 Lake Cook Road Suite 400 Northbrook, IL 60062 | | | | | |
| | Monroe Hotel, LLC c/o Lou Raizin Nederlander Theatre Mgmt LLC 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Monroe Presentations L.L.C. Att: Louis F. Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Morgan Stanley Attn: Rene Kapalka 20600 Chagrin Blvd., #550 Chicago, OH 44122 | | | | | |
| | Morgan Stanley Capital Holdings LLC Attn: Daniel Perlman 191 N. Wacker Dr., 30th Floor Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Morgan Stanley Capital Holdings LLC Attn: Stephen Holmes 1221 Avenue of the Americas 27th FL New York, NY 10020 | | | | | |
| | Nayyar & Nayyar Int'l., Inc. 220 S. State St. Suite 1400 Chicago, IL 60604 | | | | | |
| | Nederlander Co. LLC c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Nederlander Theatre Management LLC c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Northern JSC Holdings LLC c/o Bruce Kaplan 311 S. Wacker Dr. #400 Chicago, IL 60606 | | | | | |
| | Northern Majestic Hotel LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northern Monroe Hotel Manager, LLC c/o First Hospitality Group, Inc. 9700 West Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Northern Shubert Hotel Assoc LLC c/o First Hospitality Group, Inc. 9700 West Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Orix Real Estate Cap Markets LLC 1717 Main Street 12th Floor Dallas, TX 75204 | | | | | |
| | Paul S. Doppelt 2087 Magnolia Lane Highland Park, IL 60035 | | | | | |
| | Philip Haag The Monroe Group 7272 S. Alton Way Centennial, CO 80112 | | | | | |
| | Phyllis Lieberman c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Plein Family Partnership 3285 Monitor Lane Long Grove, IL 60047 | | | | | |
| | Promus Hotels, Inc. 755 Crossover Ln. Memphis, TN 38117 | | | | | |
| | R. Wayne Nederlander c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | RGL Construction 4081 Ryan Road Gurnee, IL 60031 | | | | | |
| | Resident Utility Billing Systems LL % Michael Tobin 20 N. Michigan, Suite 400 Chicago, IL 60602 | | | | | |
| | Richard C. Jones, Jr. Attn: James W. McConkey 10 S. Wacker, # 2300 Chicago, IL 60606 | | | | | |
| | Richard Sundquist Clark Hill PLC 500 Woodward Avenue, Suite 3500 Detroit, MI 48226 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert Doppelt Qsst Trust 2296 Rand Rd. Palatine, IL 60074 | | | | | |
| | Robert L. Sabin 1751 Lake Cook Road, Suite 400 Deerfield, Il 60015-5286 | | | | | |
| | Robert Nederlander, Jr. c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Robert Nederlander, Sr. c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Robert Wilneff Revocable Trust c/o Rootberg Business Services 1 S. Wacker Chicago, IL 60606 | | | | | |
| | Ron Gertzman 205 W. Randolph Suite 401 Chicago, IL 60606 | | | | | |
| | Ross Economy c/o Drake James Leoris, Jr. 622 Laurel Highland Park, IL 60035 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rudolph Lederer 3848 N.W. Vardon Place Portland, OR 97229 | | | | | |
| | SLS Westcoast Trust c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | SMS, LLC c/o Tom Schaffer BW Phillips, 17450 Halsted Chicago, IL | | | | | |
| | Scott E. Nederlander c/o Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Scott Rogers 45 W. Polk #567 Chicago, IL 60605 | | | | | |
| | Shubert Hotel Associates LLC c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | Starwood Hotels 1111 Westchester Ave West Harrison, NY 10604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stephen Schwartz c/o First Hospitality Group, Inc. 9700 Higgins Road, Suite 810 Rosemont, IL 60018 | | | | | |
| | The Private Bank Jones & Jacobs 77 W. Washington, # 2100 Chicago, IL 60602 | | | | | |
| | The Sherwin Williams Company 101 Prospect Ave. N.W. Cleveland, OH 44115-1075 | | | | | |
| | Thomas Schaffer BW Phillips 17450 Halsted Homewood, IL | | | | | |
| | Tinley Park Office Center LLC c/o Michael Tobin US Equities, 20 N. Michigan, # 400 Chicago, IL 60602 | | | | | |
| | Tinley Park Office Partners, LLC c/o Michael Tobin US Equities, 20 N. Michigan, # 400 Chicago, IL 60602 | | | | | |
| | Valencia Real Estate LLC c/o Gary Kaplan 36001 Euclid Ave. C-10 Willoughby, OH 44094 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vedder Price. P.C. Attn: Brian K. Doyle 203 N. LaSalle, # 1900 Chicago, IL 60601 | | | | | |
| | Wells Fargo Bank Successor by Merger 11000 Broken Land Parkway Columbia, MD 21044 | | | | | |
| | Wildman Harrold Allen & Dixon LLP 225 W. Wacker Suite 3000 Chicago, IL 60606 | | | | | |
| | Windy City Broadway, LLC Broadway In Chicago Attn Lou Raizin 17 N. State St., Suite 810 Chicago, IL 60602 | | | | | |
| | Woodland Meadows Venture LLC c/o Marquette Property Management 175 Highpoint Dr. Romeoville, IL 60446-3802 | | | | | |
| | Woodland Park Associates c/o Bob Symanski, Receiver PO Box 60670 Chicago, IL 60660 | | | | | |
| | Wyndham Hotels 1950 Stemmons Freeway # 6001 Dallas, TX 75207 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | AXIS PROPERTIES LLC KENNETH A. FIXL | | | | | |
| 000005 | AXIS PROPERTIES, LLC AND KENNETH A | | | | | |
| 000003 | BANK OF AMERICA | | | | | |
| 000002 | BANK OF AMERICA | | | | | |
| 000001 | BANK OF AMERICA | | | | | |
| 001 | BANK OF AMERICA, N,A, | | | | | |
| 000004 | DALEY AND GEORGE, LTD. | | | | | |
| 000007 | HYDE PARK TRUST & SAVINGS BANK | | | | | |
| 000009 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000008 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-02635 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|

Case Name:   MCGUIRE, KIM LEIGH

Date Filed (f) or Converted (c):   01/25/10 (f)

341(a) Meeting Date:   03/02/10

For Period Ending:   06/06/13

Claims Bar Date:   06/04/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE LOCATION: 2724 NOYES, EVAN | 223,500.00 | 60,976.00 | | 0.00 | FA |
| 2. TIME SHARE MARRIOTT NEWPORT COAST VILLAS NEWPORT B | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 3. LOCATION: 2724 NOYES, EVANSTON IL | 500.00 | 500.00 | | 0.00 | FA |
| 4. JOINT CHECKING ACCOUNT W/SPOUSE AT CHASE BANK CURR | 8,586.60 | 8,586.60 | | 5,086.00 | FA |
| 5. LOCATION: 2724 NOYES, EVANSTON IL HG&F APPRAISED B | 1,077.50 | 1,077.50 | | 0.00 | FA |
| 6. LOCATION: 2724 NOYES, EVANSTON IL ORDINARY ASSORTM | 500.00 | 500.00 | | 0.00 | FA |
| 7. RAYMOND WEIL WATCH LOCATION: 2724 NOYES, EVANSTON | 100.00 | 100.00 | | 0.00 | FA |
| 8. GOLF CLUBS LOCATION: 2724 NOYES, EVANSTON IL | 75.00 | 75.00 | | 0.00 | FA |
| 9. TERM LIFE POLICY WITH TRANSAMERICA INSURANCE NO CA | 0.00 | 0.00 | | 0.00 | FA |
| 10. TERM LIFE POLICY WITH VALLEY FORGE NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 11. SEP IRA W/ DAVID NOYES & CO. | 125,352.97 | 125,352.97 | | 0.00 | FA |
| 12. SEP W/MORGAN STANLEY SMITH BARNEY | 76,798.20 | 76,798.20 | | 0.00 | FA |
| 13. 15.73% INTEREST IN NORTHERN REALTY GROUP, LTD. PRO | 113,310.00 | 113,310.00 | | 0.00 | FA |
| 14. 17.5% INTEREST IN NORTHERN REALTY EQUITIES, LLC (E | 15,283.00 | 15,283.00 | | 5,159.76 | FA |
| 15. 23.5% INTEREST IN NORTHERN JSC HOLDINGS, LLC (CURR | 8,812.50 | 8,812.50 | | 24,902.90 | FA |
| 16. 10% INTEREST IN LAKE CLUB ASSOCIATES, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 17. 15% INTEREST IN DOVER PARK, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 18. 0.42% INTEREST IN LAKE'S EDGE VENTURE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 19. 10% INTEREST IN LAKE'S EDGE PARTNERS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20. 0.57% INTEREST IN GREENWOOD MILL VENTURE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 21. 0.23% INTEREST IN HUNTERS RUN VENTURE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 22. 15% INTEREST IN HUNTERS RUN PARTNERS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 23. 23.5% INTEREST IN NORTHERN REALTY GROUP, LTD. | 0.00 | 0.00 | | 0.00 | FA |
| 24. 1.44% INTEREST IN HOMEWOOD VENTURE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 25. 17.5% INTEREST IN HOMEWOOD PARTNERS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 26. 0.93% INTEREST IN TINLEY PARK VENTURE, LLC | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-02635   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | MCGUIRE, KIM LEIGH |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 01/25/10 (f) |
| 341(a) Meeting Date: | 03/02/10 |
| Claims Bar Date: | 06/04/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. 10% INTEREST IN TINLEY PARK PARTNERS, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 28. 0.44% INTEREST IN WOODLAND MEADOWS VENTURE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 29. 17.5% INTEREST IN WOODLAND MEADOWS MANAGER, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 30. 8.75% INTEREST IN DEERFIELD DEVELOPMENT COMPANY, L | 0.00 | 0.00 | | 0.00 | FA |
| 31. 8.75% INTEREST IN BEVERLY PLACE, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 32. 22.5% INTEREST IN CBRE COMMISSION POOL, AS OF 1/25 | 61,470.05 | 61,470.05 | | 69,142.44 | FA |
| 33. 22.5% INTEREST IN CBRE COMMISSION POOL, AS OF 1/25 | 93,885.61 | 93,885.61 | | 0.00 | FA |
| 34. KIM L. MCGUIRE REVOCABLE TRUST (CASH AND STOCK) | 6,960.15 | 6,960.15 | | 6,960.15 | FA |
| 35. STATE OF ILLINOIS REAL ESTATE BROKER'S LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 36. 2006 AUDI A6 LOCATION: 2724 NOYES, EVANSTON IL VAL | 19,700.00 | 19,700.00 | | 16,310.00 | FA |
| 37. DEPOSIT WITH IRS FOR ESTIMTED 2009 PERSONAL INCOME | 168,495.00 | 168,495.00 | | 100,399.00 | FA |
| 38. DEPOSIT WITH IDR FOR ESTIMATED 2009 PERSONAL INCOM | 20,268.00 | 20,268.00 | | 12,857.50 | FA |
| 39. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 54.98 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $952,174.58 | $789,650.58 | | $240,872.73 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

final report filed fall 2012, pending court approval (now set for 2/20/13 - delayed at request of Debtor

Asset notice filed

-investigating assets and exemptions, numerous RE interests

-objection filed to exemptions, settlement reached with Debtor, court approval obtained

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-02635    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCGUIRE, KIM LEIGH | Date Filed (f) or Converted (c): | 01/25/10 (f) |
| | | 341(a) Meeting Date: | 03/02/10 |
| | | Claims Bar Date: | 06/04/10 |

Initial Projected Date of Final Report (TFR): 12/31/11          Current Projected Date of Final Report (TFR): 12/31/13

FORM 2                                                                                         Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-02635  -ABG |
| Case Name: | MCGUIRE, KIM LEIGH |
| | |
| Taxpayer ID No: | *******1683 |
| For Period Ending: | 06/06/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7753  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 232,629.66 | | 232,629.66 |
| 10/18/12 | 010001 | Illinois Department of Revenue | Disbursement 2011 Taxes EIN-35-6841683 | 2810-000 | | 63.74 | 232,565.92 |
| 04/04/13 | 010002 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO,  ILLINOIS 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 15,293.64 | 217,272.28 |
| 04/04/13 | 010003 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 20,026.50 | 197,245.78 |
| 04/04/13 | 010004 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | Attorney for Trustee Expenses (Trus | 3120-000 | | 137.12 | 197,108.66 |
| 04/04/13 | 010005 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, IL 60603 | Accountant for Trustee Fees (Other | 3410-000 | | 4,372.70 | 192,735.96 |
| 04/04/13 | 010006 | ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, IL 60603 | Accountant for Trustee Expenses (Ot | 3420-000 | | 41.10 | 192,694.86 |
| 04/04/13 | 010007 | Bank of America National Association c/o Gina B Krol 105 W Madison St Ste 1100 Chicago IL 60602 | Claim 000001, Payment 0.53932% | 7100-000 | | 57,099.75 | 135,595.11 |

Page Subtotals                    232,629.66          97,034.55

**UST Form 101-7-TDR (5/1/2011)** *(Page: 34)*

FORM 2                                    Page:    2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                Exhibit 9

| Case No: | 10-02635  -ABG | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MCGUIRE, KIM LEIGH | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7753  Checking Account |
| Taxpayer ID No: | *******1683 | | | |
| For Period Ending: | 06/06/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/13 | 010008 | Bank of America National Association c/o Gina B Krol 105 W Madison St Ste 1100 Chicago IL 60602 | Claim 000002, Payment 0.53932% | 7100-000 | | 4,341.25 | 131,253.86 |
| 04/04/13 | 010009 | Bank of America National Association c/o Gina B Krol 105 W Madison St Ste 1100 Chicago IL 60602 | Claim 000003, Payment 0.53932% | 7100-000 | | 18,227.61 | 113,026.25 |
| 04/04/13 | 010010 | Axis Properties LLC Kenneth A. Fixler, Paula K Jacobi Esq Bannis & Thornburg LLP 1 N Wacker Drive Ste 4400 Chicago IL 60606 | Claim 000006, Payment 0.53932% | 7100-000 | | 2,426.93 | 110,599.32 |
| 04/04/13 | 010011 | Hyde Park Trust & Savings Bank c/o Jonathan P. Friedland Leverfeild Pearlstein,LLC 2 N. LaSalle Ste 1300 Chicago,IL 60602 | Claim 000007, Payment 0.53932% | 7100-000 | | 5,015.66 | 105,583.66 |
| 04/04/13 | 010012 | Bank of America, N.A. c/o Gina B. Krol 105 W. Madison Street, Suite 1100 Chicago, IL 60602 | Claim 001, Payment 0.53932% | 7100-000 | | 105,583.66 | 0.00 |

|  | | | Page Subtotals | | 0.00 | 135,595.11 | |

Ver: 17.01

**FORM 2**

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-02635  -ABG |
| Case Name: | MCGUIRE, KIM LEIGH |
| Taxpayer ID No: | *******1683 |
| For Period Ending: | 06/06/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7753  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 232,629.66 | 232,629.66 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 232,629.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 232,629.66 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 232,629.66 | |

Page Subtotals                0.00                0.00

Ver: 17.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 36)*

FORM 2                                      Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-02635  -ABG |
| Case Name: | MCGUIRE, KIM LEIGH |
| Taxpayer ID No: | *******1683 |
| For Period Ending: | 06/06/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******8654  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/10 | 4 | KIM MCGUIRE | LIQ BANK ACCT | 1121-000 | 5,086.00 | | 5,086.00 |
| 04/16/10 | 32 | KIM MCGUIRE | COMMISSIONS (15%) | 1121-000 | 7,537.19 | | 12,623.19 |
| 04/30/10 | 39 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.19 | | 12,623.38 |
| 05/28/10 | 39 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,623.70 |
| 06/30/10 | 39 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,624.01 |
| 07/30/10 | 39 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,624.33 |
| 08/31/10 | 39 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,624.65 |
| 09/01/10 | 34 | KIM LEIGH MCGUIRE 2724 NOYES EVANSTON, IL  60201 | RCPTS - LIQUID. OF PERSONAL PROP. | 1121-000 | 6,960.15 | | 19,584.80 |
| 09/20/10 | 32 | NORTHERN REALTY EQUITIES, LLC | ESCROW REFUND | 1121-000 | 7,000.00 | | 26,584.80 |
| 09/30/10 | 39 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.49 | | 26,585.29 |
| 10/29/10 | 39 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.67 | | 26,585.96 |
| 11/04/10 | 37 | KIM L. MCGUIRE | 2009 FED TAX REFUND | 1121-000 | 100,399.00 | | 126,984.96 |
| 11/04/10 | 38 | KIM L. MCGUIRE | 2009 IL TAX REFUND | 1121-000 | 12,857.50 | | 139,842.46 |
| 11/08/10 | 32, 36 | KIM L. MCGUIRE | SETTLEMENT PMT 1 | 1121-000 | 20,000.00 | | 159,842.46 |
| 11/30/10 | 39 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 4.99 | | 159,847.45 |
| 12/31/10 | 39 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 6.79 | | 159,854.24 |
| 01/03/11 | 32 | KIM L. MCGUIRE | SETTLEMENT PAYMENT #2 | 1121-000 | 20,000.00 | | 179,854.24 |
| 01/21/11 | 14 | NORTHERN REALTY EQUITIES, LLC | DISTRIBUTION TO TRUSTEE | 1121-000 | 5,159.76 | | 185,014.00 |
| 01/31/11 | 39 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 7.54 | | 185,021.54 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 265.92 | 184,755.62 |
| 02/28/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.42 | | 184,757.04 |
| 03/07/11 | 15 | NORTHERN JSC HOLDINGS, INC. | FINAL DISTRIBUTION TO TRUSTEE | 1121-000 | 24,902.90 | | 209,659.94 |
| 03/31/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.72 | | 209,661.66 |

Page Subtotals     209,927.58     265.92

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 37)*

FORM 2                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-02635  -ABG |
| Case Name: | MCGUIRE, KIM LEIGH |
| Taxpayer ID No: | *******1683 |
| For Period Ending: | 06/06/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******8654  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/11 | 32 | KIM L. MCGUIRE | 2010 Pool Portion | 1123-000 | 30,915.25 | | 240,576.91 |
| 04/29/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.92 | | 240,578.83 |
| 05/31/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.05 | | 240,580.88 |
| 06/30/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.98 | | 240,582.86 |
| 07/29/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.04 | | 240,584.90 |
| 08/31/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.05 | | 240,586.95 |
| 09/30/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.98 | | 240,588.93 |
| 10/31/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.04 | | 240,590.97 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 306.50 | 240,284.47 |
| 11/30/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.97 | | 240,286.44 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 296.24 | 239,990.20 |
| 12/30/11 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.03 | | 239,992.23 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 295.88 | 239,696.35 |
| 01/31/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.04 | | 239,698.39 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 314.36 | 239,384.03 |
| 02/29/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.90 | | 239,385.93 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 284.51 | 239,101.42 |
| 03/26/12 | 000102 | INTERNATIONAL SURETIES, LTD. | BOND PAYMENTS | 2300-000 | | 199.97 | 238,901.45 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 03/30/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.02 | | 238,903.47 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 293.98 | 238,609.49 |
| 04/30/12 | 39 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.96 | | 238,611.45 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 303.18 | 238,308.27 |
| 05/18/12 | 000103 | Department of the Treasury | Disbursement | 2810-000 | | 3,417.00 | 234,891.27 |
| | | Internal Revenue Service | 2011 Taxes | | | | |
| | | Cincinnati, OH 45999-0013 | EIN-35-6841683 | | | | |
| 05/18/12 | 000104 | Illinois Department of Revenue | Disbursement | 2810-000 | | 1,687.00 | 233,204.27 |

|  | Page Subtotals | 30,941.23 | 7,398.62 |
|---|---|---|---|

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 38)*

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-02635  -ABG |
| Case Name: | MCGUIRE, KIM LEIGH |
| | |
| Taxpayer ID No: | *******1683 |
| For Period Ending: | 06/06/13 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******8654  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 19009 | 2011 Taxes | | | | |
| | | Springfield, IL  62794-9009 | EIN-35-6841683 | | | | |
| 05/31/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 2.01 | | 233,206.28 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 301.72 | 232,904.56 |
| 06/29/12 | 39 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 1.91 | | 232,906.47 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 276.81 | 232,629.66 |
| 07/23/12 | | Transfer to Acct #*******5486 | Bank Funds Transfer | 9999-000 | | 232,629.66 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 240,872.73 | 240,872.73 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 232,629.66 | |
| Subtotal | 240,872.73 | 8,243.07 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 240,872.73 | 8,243.07 | |

Page Subtotals          3.92          233,208.19

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 39)*

FORM 2                                                                                        Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                             Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-02635  -ABG | |
| Case Name: | MCGUIRE, KIM LEIGH | |
| | | |
| Taxpayer ID No: | *******1683 | |
| For Period Ending: | 06/06/13 | |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5486  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/12 | | Transfer from Acct #*******8654 | Bank Funds Transfer | 9999-000 | 232,629.66 | | 232,629.66 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 232,629.66 | 0.00 |

|  | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|
| | COLUMN TOTALS | 232,629.66 | 232,629.66 | 0.00 |
| | Less:  Bank Transfers/CD's | 232,629.66 | 232,629.66 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - *******7753 | 0.00 | 232,629.66 | 0.00 |
| | Money Market - Interest Bearing - *******8654 | 240,872.73 | 8,243.07 | 0.00 |
| | Checking Account (Non-Interest Earn - ********5486 | 0.00 | 0.00 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 240,872.73 | 240,872.73 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 40)*                                                    Ver: 17.01